Adam B. Nach – 013622
Lisa Perry Banen – 010412
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: lisa.banen@lane-nach.com

Attorneys for Brian J. Mullen

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARIZONA XTREME GRINDING, LLC,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2-08-bk-01253-GBN<br><br>Adv. No. 2:09-ap-00166-GBN |
| BRIAN J. MULLEN, Chapter 7 Trustee,<br><br>Plaintiff,<br>vs.<br><br>AH PLUMBING, an unknown entity;<br><br>ABLE CONCRETE, an unknown entity;<br><br>ARIZONA CONCRETE AND BASEMENTS, LLC, an Arizona limited liability company;<br><br>CAPITAL PLUMBING SERVICES, INC., an Arizona Corporation;<br><br>CARLSON BUILDING COMPANY, INC. an Arizona Corporation;<br><br>COLTON CONSTRUCTORS, INC., an Arizona Corporation;<br><br>FOUR LEAF CONSTRUCTION, INC. a Connecticut corporation;<br><br>FUINA PROPERTIES, LLC, an Arizona limited liability company; | **COMPLAINT**<br><br>**[11 U.S.C. § 542]** |

| | |
|---|---|
| 1 | J.R. CUSTOM HOMES, L.L.C., an Arizona Limited Liability Company; |
| 2 | |
| 3 | LEVEL 4, LLC, an Arizona limited liability company; |
| 4 | MAVERICK FRAMING, L.L.C., an Arizona limited liability company; |
| 5 | |
| 6 | ORION CONSTRUCTION LLC, an Arizona limited liability company; |
| 7 | PREMIER SOUTHWEST DEVELOPMENT, LLC, an Arizona Limited Liability Company; |
| 8 | |
| 9 | RYAN COMPANIES US, INC. a Minnesota Corporation; |
| 10 | |
| 11 | SEPTON DEVELOPMENT GROUP, INC. an Arizona corporation; |
| 12 | SETH FRIEDMAN and JANE DOE FRIEDMAN, husband and wife; |
| 13 | |
| 14 | STAPLEY PLUMBING, an unknown entity; |
| 15 | TEK STAR PLUMBING AND MECHANICAL, an unknown entity; |
| 16 | |
| 17 | THE RENAISSANCE COMPANIES, an Arizona Corporation ; |
| 18 | ZEUS BUILDERS, LLC, a limited liability company; |
| 19 | |
| 20 | JOE DOE I-III; JANE DOE I-III; ABC CORP I-III; ABC LLC I-III<br>    Defendants. |

Brian J. Mullen, Chapter 7 Trustee and Plaintiff, by and through his counsel, Lane & Nach, P.C., for his Complaint against the above-named Defendants, respectfully alleges as follows:

## General Allegations

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 541 and 542.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. This case was commenced by voluntary petition filed by ARIZONA XTREME GRINDING, LLC, (hereinafter "Debtor") under Chapter 7 of Title 11 on February 11, 2008 (hereinafter "Petition Date").

5. Brian J. Mullen (hereinafter "Plaintiff") is the duly appointed and acting Trustee herein.

6. On information and belief, at all times material hereto, Defendants were authorized to and doing business in the State of Arizona.

7. On information and belief, on or before the Petition Date, Debtor entered into a contract with Defendants, wherein Debtor agreed to provide services and/or materials to Defendants.

8. On information and belief, on or before the Petition Date, Debtor actually provided services and/or materials to Defendants.

9. On information and belief, Defendants did not pay Debtor in full for the services and/or materials it purchased and received.

10. As of the Petition Date, upon information and belief and based on the Debtor's books and records, Defendants are indebted to Debtor for the following amounts for the services and/or materials:

| DEFENDANT | AMOUNT OWED | Invoice |
|---|---|---|
| AH PLUMBING | 13,461.00 | Open balance |
| ABLE CONCRETE | 1,399.00 | #5032<br>#5034<br>#4612<br>#4613<br>#5110<br>#5635 |
| ARIZONA CONCRETE AND BASEMENTS, LLC | 3,675.00 | #4106 |

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

3

| | | |
|---|---|---|
| | | #4589<br>#5672<br>#5134 |
| CAPITAL PLUMBING SERVICES, INC. | 818.00 | #4392<br>#4659<br>#4697<br>#4698 |
| CARLSON BUILDING COMPANY, INC. | 4,480.00 | #4787 |
| COLTON CONSTRUCTORS, INC., | 71,404.00 | |
| FOUR LEAF CONSTRUCTION, INC. | 1,372.00 | #5820 |
| FUINA PROPERTIES, LLC | 2,810.00 | #3781<br>#3779 |
| J.R. CUSTOM HOMES, L.L.C. | 3,430.60 | #4120<br>#4927 |
| LEVEL 4 LLC | 33,834.00 | |
| MAVERICK FRAMING, L.L.C. | 4,700.00 | #4762<br>#4408 |
| ORION CONSTRUCTION, LLC | 12,000.00 | #9878<br>#9878-CO |
| PREMIER SOUTHWEST DEVELOPMENT, LLC, | 1,576.00 | #4130<br>#4416 |
| RYAN COMPANIES US, INC. | 35,470.50 | #5012<br>#5263<br>#5151<br>#5643-2<br>#5647<br>#9897<br>#9897-3<br>#5683<br>#9897-1 |
| SEPTON DEVELOPMENT GROUP, INC. | 7,155.00 | #4592<br>#4855 |
| SETH FRIEDMAN | 33,775.00 | #4993 |
| STAPLEY PLUMBING | $2,313.00 | #5636<br>#5141<br>#5145<br>#5155 |
| TEK STAR PLUMBING AND MECHANICAL | 4,400.00 | #5119<br>#4604 |
| THE RENAISSANCE COMPANIES | 39,143.50 | #4568<br>#4771<br>#4753-B<br>#4753-A<br>#4978<br>#4999-2 |
| ZEUS BUILDERS, LLC | 5,617.40 | Open balance<br>#5050<br>#5803<br>#4600<br>#4576<br>#4550<br>#4678 |

11. Notwithstanding demand, Defendants have failed to promptly pay the outstanding amounts due.

12. On information and belief, the debts owed to Debtor by Defendants are matured and payable on demand, and thus constitute property of the Estate pursuant to 11 U.S.C. § 541.

13. Pursuant to 11 U.S.C. §542, Plaintiff is entitled to an order of this Court requiring Defendants to turnover all such monies to Plaintiff.

14. The debt owed by Defendant to Debtor arises out of contract, and Plaintiff is entitled to his reasonable attorneys' fees incurred in the collection of the indebtedness.

WHEREFORE, Plaintiff prays:

A. For judgment against Defendants in the following amounts and turnover of the sums set forth below under § 542;

| DEFENDANT | JUDGMENT AMOUNT REQUESTED |
|---|---|
| AH PLUMBING | 13,461.00 |
| ABLE CONCRETE | 1,399.00 |
| ARIZONA CONCRETE AND BASEMENTS, LLC | 3,675.00 |
| CAPITAL PLUMBING SERVICES, INC. | 818.00 |
| CARLSON BUILDING COMPANY, INC. | 4,480.00 |
| COLTON CONSTRUCTORS, INC., | 71,404.00 |
| FOUR LEAF CONSTRUCTION, INC. | 1,372.00 |
| FUINA PROPERTIES, LLC | 2,810.00 |
| J.R. CUSTOM HOMES, L.L.C. | 3,430.60 |
| LEVEL 4 LLC | 33,834.00 |
| MAVERICK FRAMING, L.L.C. | 4,700.00 |
| ORION CONSTRUCTION, LLC | 12,000.00 |
| PREMIER SOUTHWEST DEVELOPMENT, LLC, | 1,576.00 |
| RYAN COMPANIES US, INC. | 35,470.50 |
| SEPTON DEVELOPMENT GROUP, INC. | 7,155.00 |
| SETH FRIEDMAN | 33,775.00 |
| STAPLEY PLUMBING | 2,313.00 |
| TEK STAR PLUMBING AND MECHANICAL | 4,400.00 |
| THE RENAISSANCE COMPANIES | 39,143.50 |
| ZEUS BUILDERS, LLC | 5,617.40 |

B. For pre-judgment interest at the maximum legal rate from the earliest date allowed by law until date of judgment. In the event of default, Plaintiff requests interest at 10% per annum from the Petition Date through judgment.

C. For post-judgment interest at the maximum legal rate pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full;

D. For Plaintiff's attorneys' fees and costs; and

E. For such other and further relief as the Court may deem just and appropriate.

**RESPECTFULLY SUBMITTED** this 17th day of February, 2009.

**LANE & NACH, P.C.**

By \_\_\_\_/s/ ABN - 013622_____
 Adam B. Nach
 Lisa Perry Banen
 Attorneys for Brian J. Mullen

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

6